Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com

Elizabeth A. LaRocque (SBN 219977)
Email: elarocque@slpattorney.com
**Strategic Legal Practices, APC**

1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900

Facsimile: (310) 943-3838
Attorneys for Plaintiffs
KENNETH WELLS and
CINDY WELLS

Spencer P. Hugret (SBN: 240424)
shugret@grsm.com
James P. Mayo (SBN: 169897)
jmayo@grsm.com
Reshma A. Bajaj (SBN: 227106)
rbajaj@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3193

Facsimile: (415) 986-8054
Attorneys for Defendant
FCA US LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WELLS and CINDY WELLS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-00498-TLN-DB<br><br>Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Deborah Barnes<br><br>**ORDER ON JOINT REQUEST OF THE PARTIES FOR ADDITIONAL TIME RE: DEADLINES IN INITIAL PRETRIAL SCHEDULING ORDER**<br><br>Complaint Filed: March 16, 2022<br>Trial Date: None set. |

## ORDER

The Court, having considered the Joint Request For Additional Time Re: Deadlines in Initial Pretrial Scheduling Order, ("Joint Request"), filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Joint Request and ORDERS as follows:

1. The following dates are hereby vacated:
   a. Completion of All Fact Discovery: December 1, 2022.
   b. Expert Witness Disclosures & Report (Initial): January 26, 2023.
   c. Expert Witness Disclosures & Report (Rebuttal): February 27, 2023.
   d. Exchange of Any Supplemental disclosures and responses (including expert supplemental materials) pursuant to Fed.R.Civ.P. 26(e): March 29, 2023.
   e. Dispositive Motion Filing Deadline: May 30, 2023.
   f. Deadline to File Joint Notice of Trial Readiness: Not later than 30 days after receiving this Court's ruling(s) on the last filed dispositive motion(s).
   g. Joint Notice of Trial Readiness: March 31, 2023.

2. The deadlines/dates are CONTINUED as follows:
   a. Completion of All Fact Discovery: **November 6, 2023.**
   b. Expert Witness Disclosures & Report (Initial): **January 5, 2024.**
   c. Expert Witness Disclosures & Report (Rebuttal): **February 5, 2024**.
   d. Exchange of Any Supplemental disclosures and responses (including expert supplemental materials) pursuant to Fed.R.Civ.P. 26(e): **March 5, 2024.**
   e. Dispositive Motion Filing Deadline: **May 6, 2024.**

**JOINT REQUEST OF THE PARTIES FOR ADDITIONAL TIME RE: DEADLINES IN INITIAL PRETRIAL SCHEDULING ORDER**

f.  Deadline to File Joint Notice of Trial Readiness: Not later than 30 days after receiving this Court's ruling(s) on the last filed dispositive motion(s).

g.  Joint Notice of Trial Readiness: **March 5, 2024**.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 13, 2023

Troy L. Nunley
United States District Judge