UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WELLS and CINDY WELLS,<br><br>     Plaintiffs,<br><br>v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>     Defendants. | Case No. 2:22-cv-00498-TLN-DB<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION** |

On June 3, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses from June 3, 2024 to August 5, 2024; and
3. The Court retains Jurisdiction over the action until Plaintiffs' fees, costs, and expenses are determined and payment satisfied.

IT IS SO ORDERED.

Dated: June 4, 2024

Troy L. Nunley
United States District Judge