UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WELLS and CINDY WELLS,<br><br>        Plaintiffs,<br><br>   vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>        Defendants. | Case No. 2:22-cv-00498-TLN-DB<br><br>Hon. Troy L. Nunley<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs KENNETH WELLS and CINDY WELLS ("Plaintiffs") and Defendant FCA US, LLC have agreed FCA US, LLC will pay $16,500.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $16,500.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiffs by December 3, 2024. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

DATED: September 5, 2024

_____
Troy L. Nunley
United States District Judge

1
**ORDER**